UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DAVID BLACK,<br>　　Plaintiff<br><br>v.<br><br>GLEN COURT<br>MANAGEMENT, INC.<br>　　Defendant | )<br>)<br>)<br>)　Case No.: 3:21-CV-00431<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David Black and Defendant Glen Court Management, Inc., through their respective counsel, hereby stipulate that this action and all claims asserted herein are dismissed with prejudice, with the consent of all parties and with each party to bear its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the terms of settlement if any dispute should arise.

　　This 29th day of October, 2021.

**WE ASK FOR THIS:**

PLAINTIFF:

/s/ Tim Schulte
Tim Schulte (VSB No: 41881)
Blackwell N. Shelley, Jr. (VSB No: 28142)
Shelley Cupp Schulte, P.C.
3 W Cary Street
Richmond, Virginia 23220
Tel: (804) 644-9700
Fax: (804) 278-9634
Schulte@scs-work.com
Shelley@scs-work.com
*Attorneys for Plaintiff*

DEFENDANT:

/s/ Rachael L. Loughlin
Rachael L. Loughlin, Esq. (VSB No. 84133)
Charles G. Meyer, III, Esq. (VSB No. 34146)
O'Hagan Meyer PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
Tel: (804) 403-7100
Fax: (804) 237-0250
cmeyer@ohaganmeyer.com
rloughlin@ohaganmeyer.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2021, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Charles G. Meyer, III, Esq.
Rachael L. Loughlin, Esq.
O'Hagan Meyer PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
cmeyer@ohaganmeyer.com
rloughlin@ohaganmeyer.com

          /s/Tim Schulte
Tim Schulte (VSB# 41881)
Blackwell N. Shelley, Jr. (VSB# 28142)
Shelley Cupp Schulte, P.C.
3 W Cary Street
Richmond VA 23220
(804) 644-9700
Fax: (804) 278-9634
schulte@scs-work.com
shelley@scs-work.com